## ATTACHMENT B-1

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. Do you belong to any clubs, community, or labor organizations? If so, please identify them and describe their purpose.

2. What magazines, newspapers, and internet websites do you regularly read?

3. What television shows do you regularly watch?

4. What radio stations do you regularly listen to?

5. Do you have any bumper stickers on your car, and if so, what are they?

6. Have you or has anyone you know ever worked for GIS, E-Backgroundcheck.com, or any other credit reporting agency or employment background check company?

7. Have you or has anyone you know ever worked for a bank, credit card company or other business that makes credit decisions based on credit reports, reports credit information or processes credit disputes?

8. Have you or has anyone you know ever worked for a business that makes employment decisions based upon credit reports or background reports?

9. Do you believe that there is too much regulation of business?

10. Do you believe that good people don't file lawsuits?

11. Do you view another person negatively simply because that person has brought a lawsuit against someone else?

12. Do you believe that under no circumstances should any individual or consumer ever sue another person or business?

13. Do you believe that legitimate lawsuits cause insurance rates to be too high?

14. Do you have any strong beliefs about tort reform?

15. Do you have any strong beliefs about consumer protection lawsuits?

16. Do you have a problem with punitive damages – which are damages intended to punish a defendant and deter future wrongful conduct?

17. What are your hobbies and after work interests?

18. Have you ever been a party to a lawsuit? If so, state: (a) Whether you were a plaintiff or a defendant; (b) the kind of case it was; and (c) what the outcome was.