## ATTACHMENT E

## STIPULATIONS OF FACT

1. On or around September 11, 2012, Plaintiff applied for a job with Dart Transit Co. ("Dart") as a truck driver.

2. On September 12, 2012, Dart ordered a criminal background check about Plaintiff from e-Backgroundchecks.com, Inc.

3. BGC is a consumer reporting agency within the meaning of the Fair Credit Reporting Act.