# ATTACHMENT F-1

## PLAINTIFF'S WITNESS LIST

1. Tony Smith, 3460 Patricia Road, Powder Springs, Georgia 30127.

2. Craig Kessler, E-Backgroundcheck.com, 12770 Coit Road, Third Floor, Dallas, Texas.

3. Peggy O'Neill, Dart Transit Co., 315 Amsey Lane, Guthrie, Oklahoma