## ATTACHMENT F-2

## DEFENDANT'S WITNESS LIST

<u>Defendant will call the following witnesses:</u>

1. Craig Kessler

2. Peggy O'Neill, by videotaped deposition

<u>Defendant may call the following witnesses:</u>

3. Tony Smith

4. Allison Branham

5. LaTanya Crosby

6. Kenya Sparks

7. Pamela Boyd

8. Christina Taylor

9. John Bitar

10. Randy Luckow, by deposition

11. Any witnesses listed by Plaintiff

Defendant reserves the right to amend the foregoing list of witnesses in a manner so as not to delay the trial and give ample notice to Plaintiff. Defendant also respectfully requests the right to call any witnesses listed by Plaintiff and additional witnesses in rebuttal to testimony provided by Plaintiff's witnesses.