# ATTACHMENT G-3

# LIST OF JOINT EXHIBITS

| Joint Ex. No. | Bates No. | Date | Description |
|---|---|---|---|
| 1 | DART000088-93 | 09/12/2012 | Consumer report about Tony Smith provided to Dart Transit |
| 2 | BGC000032-36 | 09/18/2012 | First Judicial District of Pennsylvania Court Summary |
| 3 | BGC000003 | 09/19/2012 | E-mail from Pamela Boyd to Craig Kessler et al., subject: "BGC Dispute / 58198058 / Tony Smith / Dart Transportation" |
| 4 | BGC000004-5 |  | BGC product fulfillment page for Report # 58198058 |
| 5 | BGC000178 | 09/17/2012 8:13 AM CDT | Recorded telephone conversation between Tony Smith and BGC |
| 6 | BGC000179 | 09/17/2012 12:15 PM CDT | Recorded telephone conversation between Tony Smith and BGC |
| 7 | BGC000180 | 09/17/2012 3:35 PM CDT | Recorded telephone conversation between Tony Smith and BGC |