## ATTACHMENT I-1

## PLAINTIFF'S PROPOSED VERDICT FORM

**Question No. 1:** Did E-Backgroundcheck.com fail to follow reasonable procedures to assure the maximum possible accuracy of the information on the report it sold about Tony Smith?

**Yes** _____   **No** _____

If your answer is "Yes" to Question No. 1, proceed to Question No. 2.

If your answer is "No" to Question No. 1, your deliberations are concluded and you should so advise the marshal.

**Question No. 2:** Was E-Backgroundcheck.com's report a substantial factor in causing damages to Tony Smith?

**Yes** _____   **No** _____

If your answer is "Yes" to Question No. 2, proceed to Question No. 3.

If your answer is "No" to Question No. 2, proceed to Question No. 4.

**Question No. 3:** What amount of actual damages do you award to Tony Smith?

$ _____ (proceed to question 4)

**Question No. 4:** Was E-Backgroundcheck.com's conduct in reckless disregard of its obligations under the FCRA?

**Yes** _____    **No** _____

If your answer is "Yes" to Question No. 4, proceed to Question No. 5.

If your answer is "No" to Question No. 4, your deliberations are concluded and you should so advise the marshal.

**Question No. 5:** What punitive damages do you award to Plaintiff?

$ _____

Advise the marshal that your deliberations are concluded.

Date: _____

                                        FOREPERSON