# ATTACHMENT I-2

## DEFENDANT'S PROPOSED VERDICT FORM
## PHASE ONE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TONY SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>E-BACKGROUNDCHECKS.COM, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:13-cv-02658-MHC-RGV |

# **VERDICT**

**We the jury unanimously find as follows:**

Did Defendant e-Backgroundchecks.com, Inc. negligently fail to follow reasonable procedures to assure the maximum possible accuracy of the information on the report it sold about Plaintiff Tony Smith to Dart Transportation on September 12, 2012?

      [   ] Yes

      [   ] No

*Note: If you answered no above, you are finished. If you answered yes above, answer the next two questions.*

What amount of damages, if any, do you award Plaintiff Tony Smith for his emotional distress caused by the conduct described above?

      $_____

Did Defendant e-Backgroundchecks.com, Inc. willfully fail to follow reasonable procedures to assure the maximum possible accuracy of the information on the report it sold about Plaintiff Tony Smith to Dart Transportation on September 12, 2012?

      [   ] Yes

      [   ] No

*Note:  If you answered no above, you are finished. If you answered yes above, answer the next question.*

  Is Plaintiff Tony Smith entitled to recover punitive damages for the conduct described above?

    [   ]  Yes

    [   ]  No

Advise the marshal that your deliberations are concluded.

Dated: _____     _____
                      Foreperson

# DEFENDANT'S PROPOSED VERDICT FORM
# PHASE TWO (IF NECESSARY)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TONY SMITH,<br><br>       Plaintiff,<br><br>v.<br><br>E-BACKGROUNDCHECKS.COM, INC.,<br><br>       Defendant. | CIVIL ACTION NO.<br>1:13-cv-02658-MHC-RGV |

## **VERDICT**

**We the jury unanimously find as follows:**

   Plaintiff Tony Smith should be awarded punitive damages of $_____.


Dated: _____        _____
                                                                                        Foreperson