IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONY SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>E-BACKGROUNDCHECKS.COM, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:13-CV-2658-RGV |

## **AMENDED ORDER**

Pending before the Court are a "Motion to Enter Courthouse With Electronic Equipment," [Doc. 70], and a "Joint Motion to Enter Courthouse With Electronic Equipment During Pretrial Conference and Trial," [Doc. 75].

**IT IS HEREBY ORDERED** that the motions are **GRANTED,** and Ross Andre, Gregory Gorski, Rebecca Griffis, Nita Gray, Cindy Hanson, Craig Kessler, Stephanie Morgan, Tony Smith and Ilijana Vukas, are authorized to bring into the Courthouse technology equipment, including cellular telephones, laptop computers, tablet computers, LCD projectors, other similar trial technology equipment, as well as any necessary cords, cables, and support equipment for the final pretrial conference scheduled for Thursday, June 4, 2015, at 2:00 p.m., for set up in Courtroom 2022 on

Friday, June 5, 2015, at 10:00 a.m., and for the jury trial scheduled to begin Monday, June 8, 2015, at 9:30 a.m., through the pendency of the trial.

**IT IS SO ORDERED**, this 2nd day of JUNE, 2015.

_Russell G. Vineyard_
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE