FILED IN OPEN COURT
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUN 0 9 2015

JAMES N. HATTEN, Clerk
By:  Deputy Clerk

| | |
|---|---|
| TONY SMITH, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:13-cv-02658-RGV |
| E-BACKGROUNDCHECKS.COM, INC., | |
| Defendant. | |

## VERDICT

We, the jury, unanimously find as follows:

1. Did Defendant e-Backgroundchecks.com, Inc. negligently fail to follow reasonable procedures to assure the maximum possible accuracy of the information on the report about Plaintiff Tony Smith that it sold to Dart Transit Company on or about September 12, 2012?

    [ ] Yes

    [✓] No

    *If you answered no, you are finished and should proceed to paragraph 4. If you answered yes, answer the next two questions.*

2. What amount of actual damages, if any, do you award to Plaintiff Tony Smith?

    $ _____

3. Did Defendant e-Backgroundchecks.com, Inc. willfully fail to follow reasonable procedures to assure the maximum possible accuracy of the information on the report about Plaintiff Tony Smith that it sold to Dart Transit Company on or about September 12, 2012?

[ ] Yes

[ ] No

4. We, the jury, render this verdict this __9__ day of June, 2015.

__Jael Pettigrew__
Foreperson's printed name

__[signature]__
Foreperson's signature