As jurors is it our responsibility to determine if the procedures were resonable?

When you say maxium possible accuracy can you give further information on what that means?

What is the Definition of "Reasonable" as used in question #1 in reference to this case?

" of "negligently" as used in question #1 in reference to this case?

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 0 9 2015

JAMES N. HATTEN, Clerk
By: pAm   Deputy Clerk

Fore person,
[signature]