# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TONY SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>E-BACKGROUNDCHECKS.COM, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:13-cv-02658-RGV |

## DEFENDANT'S NOTICE OF WITHDRAWAL OF BILL OF COSTS

Defendant e-Backgroundchecks.com, Inc. hereby gives notice that it is withdrawing its Bill of Costs [Dkt. No. 93] filed on June 22, 2015.

Respectfully submitted, this 10th day of July, 2015.

|  |  |
|---|---|
| KILPATRICK TOWNSEND &<br>   STOCKTON LLP<br>1100 Peachtree St. NE<br>Suite 2800<br>Atlanta, GA  30309<br>Telephone:  (404) 815-6500<br>Facsimile:   (404) 815-6555 |   /s/  Ross D. Andre<br>Cindy D. Hanson (GA Bar No. 323920)<br>John P. Jett (GA Bar No. 827033)<br>Ross D. Andre (GA Bar No. 280210)<br>chanson@kilpatricktownsend.com<br>jjett@kilpatricktownsend.com<br>randre@kilpatricktownsend.com |

*Counsel for Defendant E-BackgroundChecks.com*

1

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated:  July 10, 2015.

                                                              /s/  Ross D. Andre  
                                                              Ross D. Andre

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

| | |
|---|---|
| Gregory Joseph Gorski<br>FRANCIS & MAILMAN, P.C.<br>19th Floor, Land Title Building<br>100 South Broad Street<br>Philadelphia, PA  19110 | James Marvin Feagle<br>Skaar & Feagle, LLP-Decatur<br>Suite 204<br>108 East Pone de Leon Ave.<br>Decatur, GA  30030<br><br>Justin T. Holcombe<br>Skaar & Feagle, LLP<br>331 Washington Ave.<br>Marietta, GA 30060 |

      /s/  Ross D. Andre
Ross D. Andre

*Counsel for E-BackgroundChecks.com*

US2008 7315446 1